DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**IGOR TITOV,**
Appellee.

No. 4D15-4233

[May 11, 2016]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert F. Diaz, Judge; L.T. Case No. 14-009915 MM10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellant.

Eliot K. Lupkin of the Law Offices of Eliot J. Lupkin & Associates, Fort Lauderdale, for appellee.

PER CURIAM.

We reverse the county court's order finding the mandatory $5,000 civil penalty imposed for solicitation of prostitution under section 796.07(6), Florida Statutes (2014), to be unconstitutionally excessive. *See State v. Jones*, 180 So.3d 1085 (Fla. 4th DCA 2015). We remand for further proceedings consistent with this opinion.

CIKLIN, C.J., GERBER and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*